# Exhibit 1

THE HALPERN LAW FIRM, LLC
BY: DAVID B. HALPERN, ESQUIRE
ATTORNEY IDENTIFICATION NO. 50542
40 East Montgomery Avenue, Suite 35
Ardmore, PA 19003
800-505-6000

Plaintiffs:

GEORGE C. LISHMAN II
and VICKI LISHMAN
998 Gimlet Creek Road
Sparland, IL 61565

Defendants:

ALFA LAVAL, INC.,
individually and as successor-
in-interest to Sharples Corp.
CT Corporation
600 N. Second St., Ste 401
Harrisburg, PA 17101

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Filed and Attested by the
Office of Judicial Records
28 APR 2022 08:46 am

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
CIVIL TRIAL DIVISION

TERM

No.

ASBESTOS LITIGATION

## COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)
### 26035 ASBESTOS

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complain and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone: 215-238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plaza al partif de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrite sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
SERVICIO DE DEFERENCIA E INFORMACIÓN LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telephone: 215-238-1701

TATE ANDALE, LLC (sued individually and as successor-in-interest to The Andale Company)
William J. Tate
1941 Landsdowne Rd.
Baltimore, MD 21227

Case ID: 220402429

THE HALPERN LAW FIRM, LLC
BY: DAVID B. HALPERN, ESQUIRE
ATTORNEY IDENTIFICATION NO. 50542
40 East Montgomery Avenue, Suite 35
Ardmore, PA 19003
800-505-6000

| | |
|---|---|
| **Plaintiffs:**<br><br>**GEORGE C. LISHMAN II**<br>and **VICKI LISHMAN**<br>998 Gimlet Creek Road<br>Sparland, IL 61565<br><br>**Defendants:**<br><br>**ALFA LAVAL, INC.,**<br>**individually and as successor-**<br>**in-interest to Sharples Corp.**<br>CT Corporation<br>600 N. Second St., Ste 401<br>Harrisburg, PA 17101 | PHILADELPHIA COUNTY<br>COURT OF COMMON<br>PLEAS<br>CIVIL TRIAL DIVISION<br><br>TERM<br><br>*No.*<br><br><u>ASBESTOS LITIGATION</u> |

<u>COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)</u>
<u>26035 ASBESTOS</u>

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint In Re: Asbestos Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake the following short form complaint is utilized in this asbestos action.

1. This Complaint involves the claims of the following persons:

   a. Plaintiff:

   | | |
   |---|---|
   | Name: | GEORGE CHRISTIAN LISHMAN II |
   | Social Security No. | xxx-xx-0797 |
   | Date of Birth: | 05/12/1939 |
   | Address: | 998 Gimlet Creek Rd., Sparland, IL 61565 |

Case ID: 220402429

b. Spouse ("Plaintiff-Spouse"):

   Name:              VICKI LISHMAN

   Date of Birth:     10/26/1952

   Address:           998 Gimlet Creek Rd., Sparland, IL 61565

2. The Defendants are those companies listed in the caption.

3. Plaintiffs may have named as defendants other entities that may be responsible for the manufacture, distribution, and/or supply of products that contained asbestos, except that each of these entities has filed for relief or been forced into involuntary bankruptcy under the United States Bankruptcy Code and, pursuant to 11 U.S.C. §362, the institution of actions against these entities is stayed.

4. Defendants are as follows:

   A. **ALFA LAVAL, INC., individually and as successor-in-interest to Sharples Corp.,** is a New Jersey corporation organized and existing under the laws of the State of New Jersey with its principal place of business in Virginia, which is doing business in the commonwealth of Pennsylvania and in the Eastern District of Pennsylvania. At all times material hereto, Defendant ALFA LAVAL, INC., individually and as successor-in-interest to Sharples Corp., manufactured, produced, and sold asbestos products, either directly or indirectly, in the geographical area in which Plaintiff worked and/or to the employers of Plaintiff and/or to contractors on job sites on which Plaintiff worked, asbestos products, including but not limited to asbestos-containing Sharples lube oil purifiers.

   B. **TATE ANDALE, LLC (sued individually and as successor-in-interest to The Andale Company)** is a Maryland corporation organized and existing under the laws of the State of Maryland with its principal place of business

in Maryland, which is doing business in the commonwealth of Pennsylvania and in the Eastern District of Pennsylvania. At all times material hereto, Defendant TATE ANDALE, LLC (sued individually and as successor-in-interest to The Andale Company) manufactured, produced and sold asbestos products, either directly or indirectly, in the geographical area in which Plaintiff worked and/or to the employers of Plaintiff and/or to contractors on job sites on which Plaintiff worked, asbestos products, including but not limited to asbestos-containing lube oil coolers.

5. Plaintiff's employment history including, to the extent possible at this time, the products to which Plaintiff was exposed, is attached hereto as Schedule 1.

6. Plaintiff was diagnosed on or about October 19, 2020 as having mesothelioma as a result of exposure to asbestos.

7. Plaintiff's smoking history is as follows: Plaintiff is a non-smoker.

8. A claim for lost wages will be asserted at time of trial, if applicable.

THE HALPERN LAW FIRM, LLC

By: ____/s/_____
David B. Halpern, Esquire

Case ID: 220402429

## PLAINTIFF'S WORK HISTORY - SCHEDULE 1

| Commencement | Cessation | Employer | Job Description |
| --- | --- | --- | --- |
| 1956 or 1957 | 1956 or 1957 | Haying Crew<br>Sparland, IL | Stacked hay |
| 1956 or 1957 | 1956 or 1957 | Unknown Farmer<br>Sparland, IL | Assisted farmer |
| 1957 | 1958 | Lacon Woolen Mill<br>Lacon, IL | Card machine worker |
| 1958 | 1962 | U.S. Navy<br>USS Shenandoah (AD-26)<br>USS Cony (DD-508) | Seaman<br>Machinist Mate |
| 1962 | 1962 | Santa Fe Railroad<br>Chicago area, IL | Switcher |
| 1962 | 1966 | JG O'Brien<br>Peoria, IL | Cut and folded paper,<br>packaged literature,<br>Mowed lawn |
| 1966 | 2002 | Caterpillar, Inc.<br>Mossville, IL | Sweeper<br>Washer<br>Burr bench operator<br>Radial drill operator<br>Assembly line worker<br>Inspector<br>Bill of materials writer<br>Prove design parts |

## VERIFICATION

I hereby certify that I am a Plaintiff in the instant matter and that the facts contained herein are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*/s/ George Lishman*
GEORGE LISHMAN

## VERIFICATION

I hereby certify that I am a Plaintiff in the instant matter and that the facts contained herein are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*[signature]*
VICKI LISHMAN

Case ID: 220402429